# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2168

_____

JAZON A. THAMES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 13, 2026

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jazon A. Thames, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.